IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NICOLAS ALLEN SNYDER,
by and through his guardian ad litem,
ANGELINA WALKER,

        Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security
Administration,

        Defendant.

No. 2:12-cv-0186 KJN

ORDER

        Plaintiff is represented by counsel in this matter. Plaintiff, by and through his mother, Angelina Walker, filed a motion requesting that Ms. Walker be appointed as plaintiff's guardian ad litem insofar as the prosecution of this case is concerned. (Dkt. No. 1.) Based on the motion and supporting declaration of Ms. Walker, which make the showing required by Federal Rule of Civil Procedure 17(c) and Local Rule 202(a), the undersigned grants plaintiff's petition for the appointment of Ms. Walker as plaintiff's guardian ad litem.

        Additionally, Ms. Walker, as guardian ad litem for plaintiff, filed an application for leave to proceed without the prepayment of fees and costs, also referred to as an application to proceed in forma pauperis, pursuant to 28 U.S.C. § 1915. (Dkt. No. 2.) Ms. Walker's

affidavit in support of the application demonstrates an inability to prepay fees and costs or give security for them.  Accordingly, the undersigned grants the request to proceed in forma pauperis.  See 28 U.S.C. § 1915(a).

For the foregoing reasons, IT IS HEREBY ORDERED that:

1. The motion for appointment of Angelina Walker as guardian ad litem for plaintiff (Dkt. No. 1) is granted.  Angelina Walker is appointed to act as guardian ad litem for plaintiff Nicolas Allen Snyder and is authorized to prosecute this action on plaintiff's behalf.

2. Plaintiff's application to proceed in forma pauperis (Dkt. No. 2) is granted.

3. The Clerk of the Court is directed to serve the undersigned's scheduling order in Social Security cases.

4. The Clerk of the Court is further directed to serve a copy of this order on the United States Marshal.

5. Within fourteen days from the date of this order, plaintiff shall submit to the United States Marshal an original and five copies of the completed summons, five copies of the complaint, five copies of the scheduling order and a completed USM-285 form, *and shall file a statement with the court that such documents have been submitted to the United States Marshal.*

6. The United States Marshal is directed to serve all process without prepayment of costs not later than sixty days from the date of this order.  Service of process shall be completed by delivering a copy of the summons, complaint, and scheduling order to the United States Attorney for the Eastern District of California, and by sending two copies of the summons, complaint, and scheduling order by registered or certified mail to the Attorney General of the United States at Washington, D.C.  See Fed. R. Civ. P. 4(i)(1)(A) & (B).  The Marshal shall also send a copy of the summons, complaint, and scheduling order by registered or certified mail to the Commissioner of Social Security, c/o Office of General Counsel, 6401 Security Blvd., Room 611, Altmeyer Bldg., Baltimore, MD 21235.  See Fed. R. Civ. P. 4(i)(2).  *The*

1  *United States Marshal shall thereafter file a statement with the court that such documents have*
2  *been served.*
3              IT IS SO ORDERED.
4  DATED: February 9, 2012

          _____
          KENDALL J. NEWMAN
          UNITED STATES MAGISTRATE JUDGE